IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLORADO

| | |
|---|---|
| MARTIN A. WHITE, and<br>CLARE A. WHITE,<br><br>          Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>          Defendant. | )<br>)<br>)<br>)<br>) Civil No. 09-CV-01070-RPM<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER FOR STAY

THIS MATTER is before the Court with respect to the parties' Joint Motion to Stay Case. Having considered the motion, the submissions, and the applicable law, the Court:

ORDERS this matter is stayed pending the decision by the Tenth Circuit Court of Appeals in the matter of *Carlos E. and Tina Zanolini-Sala v. United States*, Tenth Circuit, Case No. 08-1333. A stay in this case serves the best interests of the parties and the principles of judicial economy and efficiency.

ORDERS that the date set for a Scheduling Conference in this matter, October 16, 2009, is vacated as is the date for submission of a proposed scheduling order.

FURTHER ORDERS that the parties will notify the Court within ten days after a decision in the matter of *Carlos E. and Tina Zanolini-Sala v. United States*, Tenth Circuit, Case No. 08-1333 is made and advise whether a date for a Scheduling Conference be set or whether the parties suggest a further stay, and, if so, the grounds for such a stay.

- 1 -

4565091.1

SO ORDERED, this 11 day of September, 2009.

BY THE COURT:

_____
RICHARD P. MATSCH
UNITED STATES SENIOR DISTRICT JUDGE