IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01070-RPM

MARTIN A. WHITE and
CLARE A. WHITE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

ORDER FOR STATUS REPORT

---

On September 11, 2009, this Court entered an order staying this matter pending the decision by the Tenth Circuit Court of Appeals in the matter of Carlos E. and Tina Zanolini-Sala v. United States, Tenth Circuit, Case No. 08-1333, and ordering the parties in this action to advise the Court within ten days after the decision in Sala whether a scheduling conference should be set or whether the parties suggest a further stay.  On October 3, 2011, the petition for a writ of certiorari was denied in Carlos E. Sala, et ux. v United States, United States Supreme Court, No. 10-1047.  The parties have filed nothing further in this case and it is therefore

ORDERED that the parties shall file a status report on or before December 12, 2011.

Dated:   December 1, 2011

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____
                                              Richard P. Matsch, Senior District Judge