IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01070-RPM

MARTIN A. WHITE and
CLARE A. WHITE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

___

## ORDER FOR DISMISSAL

___

    Pursuant to the Stipulation of Dismissal [10] filed December 9, 2011, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs.

    Dated:   December 12th, 2011

                                                  BY THE COURT:

                                                 s/Richard P. Matsch

                                                 _____

                                                 Richard P. Matsch, Senior District Judge